BEFORE THE THIRD DIVISION, JANUARY 30, 1963

No. 67390.—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) et al. v. United States, protests 61/22209, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.